UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVAN O'CONNOR, RAMIN PENA, JONATHAN CEPADA, SHAWN GRIFFITH, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs<br><br>vs.<br><br>AGILANT SOLUTIONS, INC D/B/A ASI SYSTEM INTEGRATION, INC.,<br><br>                    Defendant. | **Civil Action No. 1:18-cv-06937-GHW** |

## CORRECTIVE NOTICE OF COLLECTIVE ACTION LAWSUIT

**TO:** All individuals employed by Agilant Solutions, Inc., d/b/a ASI Systems Integration Inc. ("Defendant" or "ASI"), whether directly or indirectly through a staffing agency, as Field Technicians, or similar titles, including Senior Field Technician in New York City who signed an Arbitration Agreement with ASI.

**DATE: March __, 2020**

**RE:** Fair Labor Standards Act Lawsuit filed against ASI.

On or about January 17, 2020, you received a Notice of Collective Action Lawsuit advising you of a lawsuit that had been filed against ASI providing you with information on your legal rights in connection with the lawsuit. That Notice informed you that despite signing an Arbitration Agreement with ASI you may still join the lawsuit, but that your continued ability to participate would be effected by the Court's ruling on the enforceability of the Arbitration Agreement.

This Corrective Notice is to inform you that on March 13, 2020, the Court ruled that the Arbitration Agreement you signed with ASI is unenforceable to preclude your participation in this litigation. For a full description of your rights to participate or not participate in this litigation, you are referred back to the Notice you previously received. You can receive a second copy of the original Notice and a Consent to Join Form by contacting the Claims Administrator at info@rg2claims.com. A signed Consent to Join Form must be postmarked by **April, 16 2020**. **If your signed Consent to Join Form is not postmarked by April, 16 2020, you may not be able to participate in the federal law portion of these lawsuits or share in a monetary recovery.**

Should you have any further questions regarding the Notice you should contact the following number: (866) 742-4955.

This Corrective Notice and its contents have been authorized by the U.S. District Court, Southern District of New York.

DATED: March __, 2020