UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVAN OCONNER, et al., individually and on behalf
of all others similarly situated,

                         Plaintiffs,

            -v-

AGILANT SOLUTIONS, INC., d/b/a ASI SYSTEM
INTEGRATION, INC.

                         Defendant.

CIVIL ACTION NO.: 18 Civ. 6937 (SLC)

**ORDER TO SUBMIT SETTLEMENT
MATERIALS**

**SARAH L. CAVE**, United States Magistrate Judge.

This case contains one or more claims arising under the Fair Labor Standards Act.  In light

of the requirements of Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the

parties must file a joint Letter-Motion that addresses whether the settlement is fair and

reasonable.

The parties must file their Letter-Motion by **Wednesday, September 9, 2020**, and should

address the claims and defenses, the defendant's potential monetary exposure and the bases for

any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendant's

defenses, any other factors that justify the discrepancy between the potential value of plaintiffs'

claims and the settlement amount, the litigation and negotiation process, as well as any other

issues that might be pertinent to the question of whether the settlement is reasonable (for

example, the collectability of any judgment if the case went to trial).

The joint Letter-Motion should also explain the attorney fee arrangement, attach a copy of any retainer agreement, and provide information as to actual attorneys' fees expended. Finally, a copy of the settlement agreement itself must accompany the joint Letter-Motion.


Dated:      New York, New York
            August 26, 2020

                              SO ORDERED



                              SARAH L. CAVE
                              **United States Magistrate Judge**