# THE LAW OFFICE *of* CHRISTOPHER Q. DAVIS

## WORKING SOLUTIONS NYC

August 28, 2020

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007-1312

Re:     *O'Conner et al v. Agilant Solutions, Inc.,* Civil Action No. 1:18-cv-06937-SLC

Dear Judge Cave:

We represent Plaintiffs in the above reference matter. We write jointly with Defendant's counsel to respectfully request that the Court grant the parties a two week extension, until September 23, 2020, to submit the letter motion, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), requested by the Court's Order. *See* Dkt. No. 141. The parties are currently drafting the Settlement Agreement and with over twenty party-plaintiffs in this matter, anticipate needing these additional two weeks to finalize the agreement and obtain signatures from all party-plaintiffs. This is the parties first request for an extension of this deadline.

We thank the Court for its consideration of this matter. Should the Court have any questions or concerns please do not hesitate to contact the undersigned.


THE LAW OFFICE OF
CHRISTOPHER Q. DAVIS                            RAAB, STURM & GANCHROW, LLP

By:    ___/s/_____            By:    ___/s/_____
       Christopher Q. Davis                            Ira Sturm
       *Counsel for Plaintiffs and*                    *Counsel for Defendant*
       *Putative Class and Collective*

---

The parties' joint Letter-Motion (ECF No. 142) is GRANTED.  The parties are directed to file their settlement documents for approval by **Wednesday, September 23, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 142.

SO-ORDERED 9/1/2020         /s/ Sarah L. Cave
                            SARAH L. CAVE
                            United States Magistrate Judge

---